**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 9, 2015

Hon. Gilberto Hinojosa
Attorney at Law
622 E. St. Charles St.
Brownsville, TX 78520
\* DELIVERED VIA E-MAIL \*

Hon. Jerad Najvar
Attorney at Law
4151 Southwest Freeway, Ste. 625
Houston, TX 77027
\* DELIVERED VIA E-MAIL \*

Re:     Cause No. 13-14-00581-CV
Tr.Ct.No. C-6914-13-G
Style:   Lupe Rivera v. Leticia "Letty" Lopez

Dear Sir/Madam:

    Appellee's motion for leave to file sur-reply brief in the above cause was this day GRANTED by this Court. The brief has been ordered filed as of February 2, 2015, the date of receipt.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch